622

394 A.2d 629

Testardi v. City of Philadelphia, Appellant.

Testardi, Appellant, v. City of Philadelphia.

Cruttenden v. Testardi, Appellant, et al.

Cruttenden v. Testardi (et al., Appellant).

Argued June 15, 1978.

Barry J. Grossman, Assistant City Solicitor, for appellants at Nos. 431 and 456, and appellees at Nos. 435 and 436; James M. Marsh, for appellants at Nos. 435 and 436, and appellees at Nos. 431 and 456; John E. Lister, for appellee, Cruttenden, at Nos. 436 and 456.

Order affirmed.

394 A.2d 630

Valentine et al., Appellants, v. John Deere Industrial Equipment Company, et al.